■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY L. KING, Appellant. [726 NYS2d 327] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of two counts of burglary in the second degree (Penal Law § 140.25 [2]) and one count of criminal mischief in the fourth degree (Penal Law § 145.00). Defendant contends that County Court erred in failing to suppress physical evidence and his statement to the police on the ground that the police lacked reasonable suspicion to pursue him (*see generally, People v Holmes,* 81 NY2d 1056, 1057-1058). Because that contention was not raised in defendant's pretrial omnibus motion or at the suppression hearing, it has not been preserved for our review (*see, People v Coleman,* 56 NY2d 269, 274; *People v Gonzalez,* 55 NY2d 887, 888; *People v Bennett,* 244 AD2d 923, 924, *lv denied* 91 NY2d 889, 92 NY2d 847; *People v Owusu,* 234 AD2d 893, *lv denied* 89 NY2d 1039). In any event, that contention lacks merit. Defendant's flight, in conjunction with the attendant circumstances, provided the police with reasonable suspicion that a crime had been, was being, or was about to be committed (*see, People v Holmes, supra,* at 1057-1058). (Appeal from Judgment of Monroe County Court, Maloy, J.— Burglary, 2nd Degree.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Burns, JJ.